### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN BUTZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **HERCULES CEMENT CO., et al.** | : | **NO. 14-CV-3052** |

## O R D E R

AND NOW, this     10th     day of May, 2016, IT IS HEREBY ORDERED that:

1.  Defendant Hercules Cement Co.'s motion for summary judgment (Dkt. # 37) is

GRANTED.

2.  Defendant International Brotherhood of Teamsters, Local 773's motion for

summary judgment (Dkt. # 36) is GRANTED.

3.  Judgment is entered in favor of the defendants on all counts.

4.  The Clerk of Court shall mark this case closed.

                                        **BY THE COURT:**


                                         /s/ *J. William Ditter, Jr.*
                                        **J. WILLIAM DITTER, JR., J.**